# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYONNA HEARD,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**MIDTOWN HOME HEALTH CARE LLC,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-2553** |

## O R D E R

**AND NOW**, this 22nd day of September, 2023, upon consideration of Defendant Midtown Home Health Care, LLC's Motion for Approval of Settlement (ECF No. 10), and Plaintiff Ayonna Heard's Response in Opposition (ECF No. 11), the motion is hereby **DENIED WITHOUT PREJUDICE.**

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**