IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYONNA HEARD, on behalf of herself and similarly situated employees,<br><br>Plaintiff,<br>v.<br><br>MIDTOWN HOME HEALTH CARE LLC,<br>Defendant. | :<br>:<br>:<br>:<br>: 2:23-cv-02553-WB<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Ayonna Heard ("Plaintiff") and Midtown Home Health Care LLC ("Defendant") have agreed to settle this Fair Labor Standards Act ("FLSA") lawsuit for $10,500 per the accompanying Settlement Agreement and Release of Claims ("Agreement"). *See* ECF No. 13-1. Although the Third Circuit has not specifically addressed the issue, most Pennsylvania district courts review FLSA settlements for fairness prior to dismissal.

As discussed in the accompanying brief, the instant settlement should be approved as "fair and reasonable" because, based on Plaintiff's counsel's calculations, Plaintiff's settlement payment represents **179%** of Plaintiff's alleged unpaid overtime wages, and almost **90%** of her total alleged unpaid overtime wages and liquidated damages.

**WHEREFORE**, Plaintiff respectfully asks the Court to grant this motion and approve the instant settlement. A proposed order is attached.

Date: December 14, 2023

Respectfully,

*/s/ Michelle Tolodziecki*
Peter Winebrake
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025